# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re:<br>  Dorota Manouzi<br>    Debtor(s), | ) ) ) ) ) | Case No:   13-10079<br><br>Chapter:   Chapter 13<br><br>Judge:     Jacqueline P. Cox |

_____

| | | |
|---|---|---|
| **Dorota Manouzi**<br><br>              **Plaintiff(s)**<br><br>**Vs**<br><br>**Mortgage Electronic Registration Systems, Inc.**<br><br>              **Defendant,** | ) ) ) ) ) ) ) ) ) ) ) | Adv. No:   13 A<br><br>Judge:     Jacqueline P. Cox |

## ADVERSARY COMPLAINT TO DETERMINE NATURE AND EXTENT OF LIEN AND AVOID THE JUNIOR MORTGAGE OF MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

NOW COMES the Plaintiff, DOROTA MANOUZI, by and through her attorneys, Geraci Law LLC, and complains of the Defendant, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and states as follows:

1. The Plaintiff, Dorota Manouzi, is an individual residing at 1507 S 57th Ct, Cicero, IL, 60804.

2. Mortgage Electronic Registration Systems, Inc. is a lender and/or servicer of mortgages.

3. Dorota Manouzi filed for relief under Chapter 13 of the United States Bankruptcy Code on 03/14/2013 in the Northern District of Illinois as Case Number 13-10079.

4. This Adversary Proceeding arises under §§ 502 and 506 of the United States Bankruptcy Code.

5. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 151, 157, and 1334 and this is a "core proceeding" under 28 U.S.C. 157.

6. Dorota Manouzi is the owner of real estate located at 1507 S 57th Ct, Cicero, IL, 60804 ("the real estate"), and legally described as follows:

   Common Address: 1507 S 57th Ct, Cicero, IL, 60804

   Parcel ID #: 16-20-229-004-0000

7. The fair market value of the real estate is $40,968. Attached as Exhibit "A" is a copy of a valuation of the above real estate.

8. A first mortgage lien is currently held by Chase in the amount of $43,428.38. See attached Exhibit "B" for the most recent statement issued.

9. Mortgage Electronic Registration Systems, Inc. granted the junior mortgage on 05/23/2006, recorded with the County Recorder of Deeds on 06/26/2006 as docket number 0617721107. The mortgage has a current balance of $18,762.04. See Attached Exhibit "C".

10. Plaintiffs seek to determine the nature and extent of the junior mortgage lien of the Defendant and to avoid the junior mortgage lien.

11. Under 11 U.S.C §§ 506(a) and 506(d), Defendant's junior mortgage would be allowed a secured claim to the extent of the value of the estate's interest in the property securing the claim, and Defendant's lien is void to the extent it is not allowed a secured claim.

12. The amount owed on the first mortgage, $43,428.38, exceeds the value of the above real estate, $40,968.

13. Due to the junior mortgage lien, which is held by Defendant, being wholly unsecured, it should not be allowed as a secured claim, and the mortgage may be stripped off. See Holloway v. United States, No. 01-C-4052, 2001 WL 1249053 (N.D.Ill. Oct.16, 2001); In re Waters, 276 B.R. 879 (N.D. Il 2002) In re Pond, 252 F.3d 122 (2nd Cir. 2001); In re McDonald, 205 F.3d 606 (3rd Cir. 2000); In re Bartee, 212 F.3d 277 (5th Cir. 2000); In re Lane, 280 F.3d 663 (6th Cir. 2002); In re Zimmer, 313 F.3d 1220 (9th Cir. 2002); In re Tanner, 217 F.3d 1357 (11th Cir. 2000).

WHEREFORE, Dorota Manouzi prays that this Honorable Court enter a judgment against Mortgage Electronic Registration Systems Inc., and find that the alleged lien of Mortgage Electronic Registration Systems Inc., is completely unsecured and avoid the junior mortgage of Mortgage Registration Electronic Systems Inc., which is recorded in the Cook County Recorder of Deeds Office as Document number 0617721107, and find that the junior mortgage of Mortgage Electronic Registration Systems Inc. is of no further legal effect  and for such other relief as this Court seems just.

*Kyle T. Dallmann*
Kyle T. Dallmann

Attorneys for the Plaintiff(s)
Geraci Law LLC
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800
(Fax):  877.247.1960