

## MICHALS REALTY

8909 W. Cermak Road
North Riverside, IL 60546
708-447-9950 fax 708-447-9155

February 17, 2013

Prepared for: Maurice Farley



## Broker Opinion of Value-CMA(Comparable Market Analysis)
### *1225 Arthur Street, Calumet City, IL 60409*
### *Cook County*

Pursuant to your request, I have investigated the subject property: 3 bedroom, split level improvement. While this report opinion is not as detailed or in-dept as a full appraisal, my investigation included:

1. Comparable properties located within 1.2 miles of the subject property.
2. Comparable properties sold within the past 6 months.
3. Comparable properties that are a split level style.
4. Comparable properties that contain 3 bedrooms/2 bathrooms.

Opinion of Value: **$42,000** (as of February 17, 2013)

## Comparables

1504 Forest Avenue, Calumet City, IL 60409
Closed: 08/07/2012
Sold, **$34,000**

1516 Forest Avenue, Calumet City, IL 60409
Closed: 08/17/2012
Sold, **$41,000**

1330 Mackinaw Avenue, Calumet City, IL 60409
Closed: 12/31/2012
Sold, **$42,000**

The value obtained is collected data from the Northern Illinois Multiple Listing Service. Prepared by, Carolyn Michals, President-Managing Broker, Michals Realty Inc.
Inquires could be directed to Carolyn Michals at, 708-447-9950